**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Adelina Gomez, on behalf of herself and all others similarly situated,

              *Plaintiff,*

v.

Credit Suisse AG,

              *Defendant.*

**Plaintiff Certification of Investment**

I, Adelina Gomez, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Class Action Complaint in this action and authorize its filing and the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Class Action Complaint, including providing testimony at deposition and trial (if necessary).

3. My transaction(s) in the securities at issue in the Class Action Complaint during the class period specified in the Complaint are as follows:

    a. On May 27, 2020, I initiated 5 short positions in DGAZ at a price of $267.00 per note.

    b. On May 29, 2020, I initiated an additional 5 short positions in DGAZ at a price of $301.62 per note.

    c. On August 11, 2020, I covered one of my outstanding short positions by purchasing a DGAZF note at a price of $2,300.00.

    d. On August 12, 2020, I covered my remaining outstanding short positions by purchasing 9 DGAZF notes at a price of $13,000 each.

1

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-years period preceding the date of the Certification. I have not sought to serve, nor have I served, as a representative to any party or on behalf of any other class action arising under the Securities Exchange Act of 1934 or Securities Act of 1933.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise order by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of January 2022.

_____
Signature *(Adelina Gomez)*

_____
Name (printed) *Adelina Gomez*