```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ADELINA GOMEZ,                                                         :
                                                                       :
                                  Plaintiff,                           :
                                                                       :         22 Civ. 115 (JPC) (BCM)
                 -v-                                                   :
                                                                       :                ORDER
CREDIT SUISSE AG,                                                      :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On March 31, 2023, the Court issued an Opinion and Order dismissing in full Plaintiff's Complaint, Dkt. 1, but granting Plaintiff leave to file an amended complaint by May 1, 2023. Dkt. 31. Plaintiff did not file an amended complaint by that date. Consequently, the Clerk of Court is respectfully directed to enter judgment dismissing Count I with prejudice and to close this case.

      SO ORDERED.

Dated: May 2, 2023  
       New York, New York

                                                      JOHN P. CRONAN  
                                           United States District Judge