UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADELINA GOMEZ,

                Plaintiff,

      -against-                                      22 **CIVIL** 115 (JPC)(BCM)

## **JUDGMENT**

CREDIT SUISSE AG,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2023, the Court issued an Opinion and Order on March 31, 2023, dismissing in full Plaintiffs Complaint, Dkt. 1, but granting Plaintiff leave to file an amended complaint by May 1, 2023. Dkt. 31. Plaintiff did not file an amended complaint by that date. Consequently, judgment is entered dismissing Count I with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 2, 2023

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                          **BY:**        *K. Mango*

                                                             **Deputy Clerk**